# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 20, 2016

Arthur Louis Wallace III
Wallace Associates
2211 E SAMPLE RD STE 203
LIGHTHOUSE POINT, FL 33064

Appeal Number: 16-11505-EE
Case Style: Edmond Grant v. Sharon Pottinger-Gibson
District Court Docket No: 0:15-cv-61150-KMM

NOTICE OF APPEAL FILED: April 4, 2016

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wishes to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Please e-file your Certificate of Interested Persons and complete the web-based CIP within fourteen (14) days from the date of this letter.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

Enclosure(s)

                                                                                        JUR-1 Resp reqd JQ