## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2016

Arthur Louis Wallace III
Wallace Associates
2211 E SAMPLE RD STE 203
LIGHTHOUSE POINT, FL 33064

Appeal Number: 16-11505-EE
Case Style: Edmond Grant v. Sharon Pottinger-Gibson
District Court Docket No: 0:15-cv-61150-KMM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

**Order on Limited Remand issued 09/30/2016**

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

MOT-2 Notice of Court Action